LORILLARD SPENCER, 3D, et al., as Trustees under the Will of LORILLARD SPENCER, 2D, Deceased, Respondents, *v.* CAROLINE S. SPENCER, Appellant, and LORILLARD SPENCER, 4TH, Respondent, Impleaded with Others.

(Submitted February 26, 1917; decided March 6. 1917.)

MOTION to amend remittitur.    (See 219 N. Y. 459.)

Motion granted and opinion and the remittitur based thereon amended by inserting in the opinion after the words "taxes and carrying charges of the Williamsbridge Farm" the words "so far as not met by the income from the farm itself," without costs.

---

JOSEPH FERRIS, as Administrator of the Estate of ELMER FERRIS, Respondent, *v.* SARAH E. STERLING, as Executrix of FREDERICK O. STERLING, Deceased, Appellant.

(Submitted February 26, 1917; decided March 6, 1917.)

Motion for re-argument denied, with ten dollars costs. (See 220 N. Y. 616.)